UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 5:17-cr-00045-GFVT-EBA |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS R. JOHNSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition as to a Reported Violation of Supervised Release filed by United States Magistrate Judge Edward B. Atkins. [R. 51.] The recommendation instructed the parties to file any specific written objections within fourteen (14) days after being served with the decision, or else waive the right to further review. *Id.* at 4. The Defendant has not objected and the time to do so has passed. The Defendant has filed a waiver of his right of allocution. [R. 53.]

Upon review, the Court is satisfied that Defendant Johnson knowingly and competently stipulated to the charged violation and that an adequate factual basis supports the stipulation as to each essential element of the violation charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Atkins's Recommended Disposition **[R. 51]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Thomas Johnson is **ADJUDGED** guilty of the Violations;

3. The Defendant's supervisory period is **NOT REVOKED**;

4. Defendant Johnson **SHALL** be sentenced to a **sixty (60) day** period of inpatient rehabilitation at Windows of Discovery, in Somerset, Kentucky, beginning on April 15, 2024; and

5. Upon his release from treatment he should resume his unexpired period of supervision.

This the 8th day of April, 2024.

Gregory F. Van Tatenhove
United States District Judge